IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE FRANK WRIGHT, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) NO. 5:19-CV-237 (MTT) |
| | ) |
| KEVIN SPRAYBERRY, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is Petitioner Willie Frank Wright Jr.'s motion for reconsideration. Doc. 26.

"The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact." *Jacobs v. Tempur-Pedic Inter., Inc.*, 626 F.3d 1327, 1344 (11th Cir. 2010) (citation omitted). A motion for reconsideration may not be "used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Id.* (quotation omitted).

Wright requests the Court reconsider its ruling that the Magistrate Judge had authority to enter a recommendation. *Id.* at 1. Wright continues to argue about his alleged inability to obtain state court transcripts. *Id.* at 2. He also asks the Court to reconsider its refusal to allow him to proceed in forma pauperis on appeal. *Id.*

Wright is doing nothing more than restating the same arguments he made previously and asking the Court to reach a different result. The Court addressed all of Wright's arguments in its February 3, 2020 Order. Doc. 24. As fully explained in that

Order, the Magistrate Judge had authority to enter a recommendation in this case.  *Id.* at 2.  Wright has not exhausted his state remedies.  *Id.* at 2-11.  The delay in the state court is not unreasonable or unexplained; rather it has been caused primarily by Wright's own actions.  *Id.*  Plus, Wright has viable state procedures available to him.  *Id.*  Thus, this Court may not waive the exhaustion requirement.  *Id.*  Given this, Wright has no nonfrivolous issues to raise on appeal.  *Id.* at 12.

In conclusion, Wright's motion for reconsideration is **DENIED**.

**SO ORDERED**, this 25th day of February, 2020.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT
